UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MACIEJ NIEDZINSKI,

            Plaintiff,

   v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

            Defendant.

CASE NO. 2:22-cv-00304-RAJ-JRC

SCHEDULING ORDER

This matter is before the Court on the parties' joint status report. Dkt. 13. The Court declines to set a trial date at this time. The Court will set further deadlines if necessary. The parties shall comply with the following deadlines:

| Event | Date |
| --- | --- |
| Deadline for filing the Administrative Record | **November 16, 2022** |
| Deadline to file the parties' opening dispositive motions | **November 16, 2022** |
| Deadline for responses to the opening dispositive motions and noting date for the dispositive motions | **December 14, 2022** |
| Bench trial and further dates | **To be set if needed** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

The parties shall ensure that the Administrative Record submitted in this Court electronically is word searchable and are not required to provide a courtesy, hard copy of that record to chambers.

If this case settles, plaintiff's counsel shall notify Kelly Miller via e-mail at Kelly_Miller@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 27th day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

SCHEDULING ORDER - 2